UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT *CR10-294 JNE/FLN* |
|---|---|---|
| Plaintiff, | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | (18 U.S.C. § 924(e)(1)) |
| v. | ) | (18 U.S.C. § 924(d)(1)) |
| | ) | (28 U.S.C. § 2461(c)) |
| THEODORE STEVIE VARNER, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about September 22, 2010, in the State and District of Minnesota, the defendant,

**THEODORE STEVIE VARNER,**

having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Third Degree Sale of Controlled Substance | Ramsey County, MN | September, 1994 |
| First Degree Sale of Controlled Substance | Ramsey County, MN | January, 1996 |
| Third Degree Sale of Controlled Substance | Ramsey County, MN | September, 2002 |

did knowingly possess in and affecting interstate or foreign commerce a firearm, namely, a d'Armes Pyrenees Hendaye Francaises, model 52, .22LR caliber pistol, serial number 1236183, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

SCANNED
NOV 0 1 2010
U.S. DISTRICT COURT ST. PAUL

FILED: NOV 0 1 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

U.S. v. Theodore Stevie Varner

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the foregoing offense, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), all his right, title and interest in any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(e)(1), including a firearm, namely a d'Armes Pyrenees Hendaye Francaises, model 52, .22LR caliber pistol, serial number 1236183. All in violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY          FOREPERSON