UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                   Crim. No. 10-294 (JNE/FLN)
                                                      ORDER

Theodore Stevie Varner,

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge. The magistrate judge recommended granting in part and denying in part Theodore Stevie Varner's motions to suppress statements and denying Varner's motion to suppress fruits of his search, seizure, and arrest. Varner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Varner's Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure [Docket No. 20] is DENIED.

2. Varner's Motion to Suppress Statements [Docket No. 21] is GRANTED IN PART and DENIED IN PART, consistent with the Report and Recommendation.

Dated: January 25, 2011

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge