# UNITED STATES DISTRICT COURT
## District of Minnesota
### Criminal Unit

## TRANSMITTAL OF PRE-SENTENCE INVESTIGATION REPORT, ADDENDUMS AND STATEMENT OF REASONS

# SEALED

United States of America v. **Theodore Stevie Varner**

Appeal Number: Unassigned

Criminal Case Number: 10-294 JNE/FLN

Three (3) copies of the Pre-Sentence Report, addendums and Statement of Reasons on the above named individual(s) are being transmitted to the Eighth Circuit Court of Appeals **UNDER SEAL**.

Dated:   March 11, 2014

Prepared By:   leg