# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3969
_____

Theodore Stevie Varner

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
_____

**JUDGMENT**

Before SMITH, BOWMAN and GRUENDER, Circuit Judges.

    The petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

June 22, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans