Theodore S. Varner
Reg. No.# 15472-041
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

February 12, 2018

Clerk of the Court
Fed.Dist.Ct. for Minnesota
300 S. 4th St., Suite 202
Minneapolis, MN 55415

Re:  Theodore S. Varner
     Case 0:10-cr-00294-JNE-FLN

Dear Clerk,

Please find enclosed a Habeas Motion for filing in the above-referenced matter.

Please return to me (to the letterhead address above) certification, including time and date stamp, of the requested filing, and forward a copy to the Office of the Prosecutor, the applicable Judge(s), and any other interesterd parties.

Thank you for your consideration and assistance.

Sincerely Yours,

*Theodore S. Varner*

Theodore S. Varner,
Petitioner

RECEIVED BY MAIL
FEB 20 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
FEB 20 2018
U.S. DISTRICT COURT MPLS