LEGAL MAIL

Theodore S. Varner
Reg. No. #15472-041
Allenwood
Low Security Correctional Institutuion
PO Box 1000
White Deer, PA 17887

RECEIVED BY MAIL
FEB 20 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

LEGAL MAIL

⇔15472-041⇔
Clerk Of The Court
300 S 4TH ST
Suite # 202
Minneapolis, MN 55415
United States

Clerk of the Court
300 S. 4th St.
Suite 202
Minneapolis, MN 55415

LEGAL MAIL

7009 0960 0000 3376 7645
CERTIFIED MAIL

SCANNED
FEB 20 2018
U.S. DISTRICT COURT MPLS



LEGAL MAIL

**Low Security Correctional Institution**
**Allenwood, PA 17887**
Date 2-15-18

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

LEGAL MAIL