# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | BEFORE: Joan N. Ericksen |
| THEODORE STEVIE VARNER, Defendant. | U.S. District Judge |

| | |
|---|---|
| Case No: | 10-cr-294 (JNE) |
| Date: | April 6, 2023 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:07 p.m. |
| Time Concluded: | 1:23 p.m. |
| Time in Court: | 16 Minutes |

**APPEARANCES:**
Plaintiff: Allen A. Slaughter, Jr., Assistant U.S. Attorney
Defendant: Kyle White, CJA

**PROCEEDINGS:**
☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.   ☐ Defendant denies allegations.

**ORDERED:**
☒ Defendant is sentenced to custody of the BOP for time served.   The defendant shall be on supervised release until February 3, 2026.
☒ Written order to be issued.

s/ Mark Hamre
Law Clerk