# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America
Plaintiff

vs

Theodore Stevie Varner
Defendant

10-CR-294
District Court Docket Number

The Hon. Joan N. Ericksen
District Court Judge

Notice is given that **Theodore Stevie Varner** appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment  [ ] Order (Specify) entered in this action on 7/11/2023

Steven J. Wright
*Digitally signed by Steven J. Wright*
*Date: 2023.07.17 12:34:40 -05'00'*
Signature of Defendant's Counsel

Steven J. Wright
Typed name of Defendant's Counsel

331 2nd Ave S, Suite 705
Street Address/Room Number

( (612) )669-8280
Telephone Number

Minneapolis   MN   55401
City   State   Zip

7/17/2023
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof
- [ ] Sentencing
- [ ] Post Trial Proceedings
- [✓] Other (Specify)  Final Revo Hearing

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment ____ Funds, **xxxxxx** CJA Form 24 completed
**(see separate CJA 24 form in criminal appeals form)**

Steven J. Wright
*Digitally signed by Steven J. Wright*
*Date: 2023.07.17 12:35:00 -05'00'*
Attorney's Signature

07/17/2023
Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: 7/10/2023   ☐ Jury   ☐ Non-Jury
   Offenses: Supervised release violation

   Trial Testimony - Number of days: N/A   Bail Status:

3. Sentence and Date Imposed: 18 months imposed on July 10, 2023

4. Appealing:   Sentence ☑   Conviction ☐   Both ☐
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 7/17/2023
   Stenographer in Charge (Name, Address, Phone): Maria Weinbeck, 300 S 4th St, Minneapolis, MN 55415
   612-664-5107

6. Trial Counsel Was:   ☑ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes   ☐ No
   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: Allen Slaughter, 612-664-5600

## Court Reporter Acknowledgment

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter Signature                                    Date

Noticeofappeal (11/05)